UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAVJEET SINGH BANGA,
  Plaintiff,
v.
CHRIS GUS KANIOS, et al.,
  Defendants.

Case No. 16-cv-04270-RS

**ORDER**

Plaintiff Navjeet Singh Banga advances a host of claims related to his attendance at and dismissal from John F. Kennedy University ("JFKU") Law School against defendants Chris Gus Kanios, Dean Barbieri, Eleanor Armstrong, Debra Bean, JFKU, and National University (collectively, "defendants"). Banga's claims have already been dismissed once with leave to amend. Banga has since filed an amended complaint, which defendants moved to dismiss on February 21, 2017. Banga's deadline to file a response in opposition — March 7, 2017, *see* Civ. Local R. 7-3(a) — came and went without a response. Instead, Banga filed an untimely response nearly a month later, on April 6.

This was not Banga's first failure to follow the Court's time limits. After failing to file timely opposition to defendants' prior motion to dismiss, Banga made an untimely (and unsuccessful) motion to extend his response deadline in order to seek the assistance of counsel. Banga is hereby admonished that he must comply with the Court's time limits. Failure to do so may result in adverse action by the Court, as well as dispositive motions being decided in defendants' favor without Banga being heard.

In addition to arriving late, Banga's response to defendant's motion appears to be incomplete; it cuts off abruptly after two pages. So that defendants' motion can be decided with

the benefit of the adversarial process, Banga shall have until Thursday, April 20, to supplement his response, should he choose to do so. Any supplemental filing arriving after this deadline — and any future untimely filings — may not be considered by the Court. In light of Banga's opportunity to supplement his response, defendants are hereby given until Thursday, April 27, to file any reply brief, and the hearing set for April 20 is hereby continued to Thursday, May 4.

**IT IS SO ORDERED**.

Dated: April 10, 2017

_____
RICHARD SEEBORG
United States District Judge