Spencer C. Skeen, CA Bar No. 182216
spencer.skeen@ogletree.com
Sarah A. Williams, CA Bar No. 261236
sarah.williams@ogletree.com
Yousaf M. Jafri, CA Bar No. 314773
yousaf.jafri@ogletree.com
OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.
4370 La Jolla Village Drive, Suite 990
San Diego, CA 92122
Telephone: 858.652.3100
Facsimile: 858.652.3101

Attorneys for Defendants CHRIS GUS KANIOS, DEAN BARBIERI, ELEANOR ARMSTRONG, DEBRA BEAN, JOHN F. KENNEDY UNIVERSITY and NATIONAL UNIVERSITY

Navjeet Singh Banga
Plaintiff in Pro Per
801 Southampton Rd., #76
Benicia, CA 94510
(415) 632-9308

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BANGA NAVJEET SINGH,<br><br>        Plaintiff,<br><br>    v.<br><br>CHRIS GUS KANIOS, DEAN BARBIERI, ELEANOR ARMSTRONG, DEBRA BEAN, JOHN F. KENNEDY UNIVERSITY, NATIONAL UNIVERSITY and Does 1 through 15, inclusive,<br><br>        Defendants. | Case No. 16-cv-4270-RS<br><br>**STIPULATION OF ~~PROPOSED~~ SCHEDULING ORDER DATES AND ORDER**  AS MODIFIED BY THE COURT<br><br>Complaint Filed: July 28, 2016<br>Judge:            Hon. Richard Seeborg<br>Magistrate Judge: Hon. Donna M. Ryu |

39405236_1.docx

Pursuant to the Court's July 11, 2019 Case Management Conference Minute Entry, Plaintiff Navjeet Banga ("Plaintiff") and Defendants Chris Gus Kanios, Dean Barbieri, Eleanor Armstrong, Debra Bean, John F. Kennedy University, and National University ("Defendants") (collectively, the "Parties") respectfully submit this Stipulation of Proposed Scheduling Order Dates and Proposed Order.

The Parties hereby stipulate and agree to the below case schedule:

1. Non-Expert Discovery Cut-Off: December 6, 2019.
2. Designation of Experts: January 3, 2020.
3. Designation of Rebuttal Experts: January 17, 2020.
4. Exchange of Expert Reports: February 17, 2020.
5. Exchange of Expert Rebuttal Reports: March 17, 2020.
6. Expert Discovery Cut-Off: April 17, 2020.
7. Dispositive Motion Cut-Off: February 7, 2020.
8. Dispositive Motion Hearing Cut-Off: March 19, 2020.
9. Pre-trial Motions Filing Cut-Off: May 1, 2020.
10. Pre-Trial Conference: May 6, 2020.
11. Trial: May 26, 2020.

DATED: July 25, 2019   OGLETREE, DEAKINS, NASH, SMOAK & STEWART, P.C.

By: */s/ Yousaf M. Jafri*
    Spencer C. Skeen
    Sarah A. Williams
    Yousaf M. Jafri
Attorneys for Defendants
CHRIS GUS KANIOS, DEAN BARBIERI, ELEANOR ARMSTRONG, DEBRA BEAN, JOHN F. KENNEDY UNIVERSITY and NATIONAL UNIVERSITY

DATED: July 25, 2019   Navjeet Banga, in Pro Per

/s/ Navjeet Banga
Navjeet Banga

39405236_1.docx

# ORDER

As stipulated and agreed to by the Parties, the Court adopts the below case schedule.

1. Non-Expert Discovery Cut-Off: December 6, 2019.
2. Designation of Experts: January 3, 2020.
3. Designation of Rebuttal Experts: January 17, 2020.
4. Exchange of Expert Reports: February 17, 2020.
5. Exchange of Expert Rebuttal Reports: March 17, 2020.
6. Expert Discovery Cut-Off: April 17, 2020.
7. ~~Dispositive Motion Cut-Off: February 7, 2020.~~
8. Dispositive Motion Hearing Cut-Off: March 19, 2020.
9. ~~Pre-trial Motions Filing Cut-Off: May 1, 2020~~.
10. Pre-Trial Conference: ~~May 6,~~ May 13, 2020.
11. Trial: May 26, 2020

**PURSUANT TO STIPULATION, IT IS SO ORDERED**.

DATED: July 26, 2019

*/s/ Richard Seeborg*
HON. RICHARD SEEBORG
UNITED STATES DISTRICT JUDGE