UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVJEET SINGH BANGA,<br>　　　　Plaintiff,<br>　　v.<br>CHRIS GUS KANIOS, et al.,<br>　　　　Defendants. | Case No. 16-cv-04270-RS<br><br>**AMENDED TRIAL SCHEDULING ORDER** |

　　　　Plaintiff Navjeet Banga moves to continue the dates currently set for pretrial conference and trial in this matter in order to secure representation and pursue settlement. Banga seeks a 90-day continuance of the November 13, 2023, trial date (as well as the pretrial conference set for November 3, 2023) so his recently-located, but not yet formally retained, attorney will have sufficient time to prepare. *See* Dkt. 507-3, at 1. Banga represents Defendants have declined to stipulate to a continuance.

　　　　This litigation began more than seven years ago. Since then, Banga has received additional time to file an amended complaint, missed several deadlines, received a stay of proceedings to obtain counsel from the Federal Pro Bono Project (who eventually were granted leave to withdraw), received a second stay to obtain counsel from the Federal Pro Bono Project, been granted a 90-day continuance of trial deadlines in early 2022, stipulated to a 120-day continuance of trial in early 2023, and requested yet another referral to the Federal Pro Bono Project in June of this year.

　　　　Now, with trial set for a date just over a month away, Banga represents he has located

counsel who needs additional time to review the voluminous materials generated by seven years of litigation. It is preferable both parties be represented at trial. Upon further review of the Court's own scheduling concerns, the trial date will be moved to February 20, 2024. As noted in a previous order, each side will be limited to eight (8) hours within which to present the case, inclusive of an opening statement, witness testimony, and a closing argument. The pretrial conference will be set for February 14, 2024, at 10:00 a.m. in person.

This case will proceed **with or without counsel** on February 20, 2024. No further continuances will be granted, and any failure to appear—with or without counsel—will result in dismissal of this case.

**IT IS SO ORDERED**.

Dated: October 10, 2023

_____
RICHARD SEEBORG
Chief United States District Judge