UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAVJEET SINGH BANGA,

    Plaintiff,

v.

CHRIS GUS KANIOS, et al.,

    Defendants.

Case No. 16-cv-04270-RS

**ORDER DENYING ADMINISTRATIVE MOTION**

Plaintiff's administrative motion seeking (1) "additional time for Plaintiff to execute settlement agreement" and (2) an order for Defendants to disclose communications is denied. To accommodate the Court's calendar, trial will commence on Monday, February 26, one week later than previously scheduled.

**IT IS SO ORDERED**.

Dated: January 12, 2024

_____

RICHARD SEEBORG
Chief United States District Judge