UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAVJEET SINGH BANGA,

    Plaintiff,

v.

CHRIS GUS KANIOS, et al.,

    Defendants.

Case No. 16-cv-04270-RS

**ORDER DENYING CROSS-MOTIONS FOR SANCTIONS, GRANTING ADMINISTRATIVE MOTION TO SEAL PLAINTIFF'S MOTION FOR SANCTIONS**

**CROSS-MOTIONS FOR SANCTIONS**

Plaintiff and Defendants have filed dueling motions for terminating sanctions, accusing one another of failing to comply with court rules and other bad acts. Neither side is without blame in a case that has lasted the better part of a decade. That said, sanctions are inappropriate here, and both motions are denied.

**ADMINISTRATIVE MOTION TO FILE UNDER SEAL**

Defendants move to seal Plaintiff's motion for sanctions on the grounds it is replete with confidential settlement negotiations. Defendants' motion is granted, and Plaintiff is reminded not to file documents containing confidential material on the public docket. Instead, Plaintiff should follow the procedures for filing documents (or portions of documents) under seal according to the Northern District's Civil Local Rules. *See* Civil L. R. 7-11, 79-5.

**IT IS SO ORDERED**.

Dated: February 15, 2024

_____
RICHARD SEEBORG
Chief United States District Judge