UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAVJEET SINGH BANGA,

    Plaintiff,

v.

CHRIS GUS KANIOS, et al.,

    Defendants.

Case No. 16-cv-04270-RS

**ORDER GRANTING ADMINISTRATIVE MOTION TO SEAL PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION FOR SANCTIONS**

Defendants' administrative motion to seal Plaintiff's motion for sanctions (Dkt. 547) has already been granted. *See* Dkt. 555. Since Plaintiff's opposition to *Defendants'* motion for sanctions contains the same confidential settlement negotiations warranting sealing, Defendants' motion to seal that document (Dkt. 550) is granted as well.

**IT IS SO ORDERED**.

Dated: February 16, 2024

                                            RICHARD SEEBORG
                                            Chief United States District Judge