UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

NAVJEET SINGH BANGA,

   Plaintiff,

   v.

CHRIS GUS KANIOS, et al.,

   Defendants.

Case No. 16-cv-04270-RS

**ORDER GRANTING IN PART AND DENYING IN PART MOTION TO QUASH**

Non-party Kamlesh Banga moves to quash Defendants' subpoena requesting (1) appearance and testimony at trial and (2) production of various categories of documents. The motion to quash Defendants' subpoena is denied to the extent the subpoena requests appearance and testimony at trial.

Defendants' document requests, on the other hand, would subject Kamlesh Banga to an undue burden. *See* Fed. R. Civ. P. 45(d)(3)(A)(iv). Defendants' requests are—once again—extremely broad. *See, e.g.*, Dkt. 566, at 15 (requesting "[a]ny and all COMMUNICATIONS YOU had with any PERSON relating to the COMPLAINT and the lawsuit based on the COMPLAINT"). Defendants appear to be improperly attempting to gain additional discovery by requesting large numbers of documents via trial subpoena. *See nSight, Inc. v. Peoplesoft, Inc.*, No. 4-cv-3836, 2006 WL 988807, at *3 (N.D. Cal. Apr. 13, 2006) (trial subpoenas may secure documents under specific, limited circumstances). The motion to quash is granted with regard to Defendants' document requests.

**IT IS SO ORDERED**.

Dated: February 24, 2024

_____
RICHARD SEEBORG
Chief United States District Judge