UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVJEET SINGH BANGA,<br><br>Plaintiff,<br><br>v.<br><br>CHRIS GUS KANIOS, et al.,<br><br>Defendants. | Case No. 16-cv-04270-RS<br><br>**ORDER GRANTING MOTION TO STAY TAXATION OF COSTS** |

Plaintiff Navjeet Singh Banga moves to stay the clerk's taxation of costs in this matter until the Ninth Circuit resolves his pending appeal.[1] Whether a stay of an order pending appeal is appropriate turns on four factors: (1) the likelihood the party seeking a stay will succeed on the merits on appeal, (2) whether that party will suffer irreparable injury absent a stay, (3) whether a stay will substantially injure the other parties, and (4) the public interest. *Hilton v. Braunskill*, 481 U.S. 770, 776 (1987). Though the first factor in this analysis weighs heavily against Banga, a stay is warranted here considering Banga's *pro se* status and the lack of any evidence a stay will substantially injure Defendants. The final factor does not weigh either in favor of or against a stay. Banga's motion to stay the taxation of costs pending resolution of his appeal is granted.

**IT IS SO ORDERED**.

---

[1] In their Bill of Costs, Defendants seek $16,186.49 to cover various discovery and trial-related expenses.

Dated: May 30, 2024

_____
RICHARD SEEBORG
Chief United States District Judge