UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| NAVJEET SINGH BANGA,<br>Plaintiff,<br>v.<br>CHRIS GUS KANIOS, et al.,<br>Defendants. | Case No. 16-cv-04270-RS<br><br>**AMENDED ORDER DENYING MOTION FOR RECONSIDERATION** |

Plaintiff Navjeet Singh Banga has filed a motion for reconsideration of the order denying his motion to set aside the judgment. Dkt. 618. The motion is procedurally improper because Banga did not first seek leave to file a motion for reconsideration, as is required under Local Civil Rule 7-9(b). In any event, the motion raises no substantial argument in favor of reconsideration. It also misstates the law. For example, the motion quotes *Granite State Ins. Co. v. Smart Modular Techs, Inc.*, 76 F.3d 1023, 1030–31 (9th Cir. 1996) for the proposition that "Rule 52(c) applies only during trial," and that once trial is complete, "the court must make findings under Rule 52(a) based on the entire record." *See* Mot, at 2. That quote appears nowhere in *Granite State*, and that case never discusses the propriety of ruling on a deferred Rule 52(c) motion after the close of evidence. Banga's motion is denied.

1  **IT IS SO ORDERED**.

3  Dated: November 20, 2025

_____
RICHARD SEEBORG
Chief United States District Judge